## CAUSE NO. D-1-GN-25-010796

| | | |
|---|---|---|
| **MEREDITH FRESQUEZ,** | § § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § § | |
| **v.** | § § | **TRAVIS COUNTY, TEXAS** |
| **AUSTIN CONVENTION ENTERPRISES, INC., and ENCORE GROUP (USA) LLC,** | § § § | |
| **Defendants.** | § § | **126TH JUDICIAL DISTRICT** |

## INDEX OF ALL ATTACHED DOCUMENTS

| Exhibit | Description | Docket No. |
|---|---|---|
| A | Index of All Attached Documents | 1-1 |
| B | Index of State Court Pleadings | 1-2 |
| B-1 | Plaintiff's Original Petition | 1-3 |
| B-2 | Defendants' Original Answer | 1-4 |
| C | State Court Docket | 1-5 |
| D | JS 44 Civil Cover Sheet and Supplemental JS 44 | 1-6 |