CAUSE NO. D-1-GN-25-010796

| | | |
|---|---|---|
| **MEREDITH FRESQUEZ,** | § § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § § | |
| v. | § § | **TRAVIS COUNTY, TEXAS** |
| **AUSTIN CONVENTION ENTERPRISES, INC., and ENCORE GROUP (USA) LLC,** | § § § | |
| **Defendants.** | § § | **126TH JUDICIAL DISTRICT** |

## INDEX OF STATE COURT PLEADINGS

| Date | Description |
|---|---|
| 12/10/2025 | Plaintiff's Original Petition |
| 12/11/2025 | Citation |
| 12/11/2025 | Citation |
| 1/12/2026 | Defendants' Original Answer |

Exhibit B