12/10/2025 3:09 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-010796
Ruben Tamez

D-1-GN-25-010796

CAUSE NO. _____

| | | |
|---|---|---|
| **MEREDITH FRESQUEZ** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | 126TH, DISTRICT COURT |
| **v.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **AUSTIN CONVENTION** | § | |
| **ENTERPRISES, INC. AND ENCORE** | § | |
| **GROUP(USA) LLC** | § | |
| *Defendants.* | § | **TRAVIS COUNTY, TEXAS** |

---

### PLAINTIFF'S ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF THE COURT:**

   **NOW COMES MEREDITH FRESQUEZ**, hereinafter called "Plaintiff", complaining of

and about **AUSTIN CONVENTION ENTERPRISES, INC.** and **ENCORE GROUP(USA)**

**LLC**, hereinafter called "Defendants" and for cause of action shows unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 3 of the *Texas Rules of
   Civil Procedure* §190.4; in accordance with Rule 47 of the *Texas Rules of Civil Procedure,*
   Plaintiff affirmatively pleads that she seeks monetary relief aggregating over $1,000,000.

### II.
### PARTIES AND SERVICE

2. Plaintiff **MEREDITH FRESQUEZ** is an individual and resident of Tennessee.

3. Defendant **AUSTIN CONVENTION ENTERPRISES, INC.,** is a company conducting
   business in Texas and can be served through its registered agent, Capital Corporate Services,
   Inc, at 1501 S Mopac Expressway, suite 220, Austin, TX 78746.

Plaintiff's Original Petition

4.  Defendant **ENCORE GROUP (USA) LLC**, is a company conducting business in Texas and can be served through its registered agent, C T CORPORATION SYSETM, at 1999 Bryan St., Ste. 900, Dallas, TX 75201.

### III.
### JURISDICTION AND VENUE

5.  The subject matter in controversy is within the jurisdictional limits of this Court.

6.  This Court has proper jurisdiction over the parties because Defendants conduct business in Texas and committed acts or omissions in Texas giving rise to this lawsuit.

7.  Venue in Travis County is proper in this cause under Section 15.002(a)(1) of the *Texas Civil Practice and Remedies Code* because in this county all or a substantial part of the events or omissions giving rise to the claim occurred.

### IV.
### FACTS

8.  On or about April 7, 2024, Plaintiff was an invitee present at a conference located at 500 East 4th, in Austin, Texas. Plaintiff was at the AIUM: UltraCon 2024 Advancing Medical Ultrasound Conference. As Plaintiff was walking inside the conference building, she tripped and fell on wiring that ran along the carpet and loosely tapped down, causing serious injury.

9.  There were no warning signs to prevent Plaintiff from tripping and falling at Defendant **AUSTIN CONVENTION ENTERPRISES, INC.'S** premises. Defendant **AUSTIN CONVENTION ENTERPRISES, INC.** and Defendant **ENCORE GROUP(USA) LLC** both knew about the dangerous condition on the premises and failed to provide adequate warning of the dangerous condition that Defendants' employees knew or should have known about. As a result of slipping and falling on Defendants' premises, Plaintiff was proximately caused serious injuries and damages.

Plaintiff's Original Petition

## V.
## PREMISES LIABILITY

10. Plaintiff incorporates paragraphs 1-9 as if fully set forth verbatim herein.

11. At all relevant times Plaintiff was an invitee on the premises owned, operated, and/or maintained by Defendants **AUSTIN CONVENTION ENTERPRISES, INC.** and **ENCORE GROUP(USA) LLC**. As an invitee, Defendants owed Plaintiff a duty to exercise reasonable care to prevent unreasonable and foreseeable injury based on their knowledge of any dangerous conditions on the premises

12. Defendant **AUSTIN CONVENTION ENTERPRISES, INC.** owned and operated the premises located at 3407 Wells Branch Pkwy., Austin, TX 78728, while Defendant **ENCORE GROUP(USA) LLC** was responsible for maintaining the premises, including the entrance area where Plaintiff's injury occurred.

13. Defendants' employees, including those of **STATEWIDE BUILDING MAINTENANCE, LLC**, either created or were aware of the hazardous condition at the conference that caused Plaintiff to slip and fall. This condition constituted an unreasonably dangerous hazard, which Defendants failed to properly inspect, maintain, remedy, or adequately warn invitees like Plaintiff about.

14. Plaintiff was exercising ordinary care for her own safety at the time of the incident. Nothing Plaintiff did or failed to do was a cause or contributing factor to this incident. Defendants' conduct amounted to a breach of their duty of care owed to Plaintiff, and such breach proximately caused Plaintiff's injuries and damages.

15. In failing to inspect, maintain, or remedy the hazardous condition, Defendants **AUSTIN CONVENTION ENTERPRISES, INC.** and **ENCORE GROUP(USA) LLC** did not adhere to the standards of reasonable maintenance for the premises, which directly contributed to the

Plaintiff's Original Petition

risk and harm faced by invitee.

## VI.

## PLAINTIFF'S DAMAGES

16. Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court.

17. As a direct and proximate result of Defendants' breach of duty, Plaintiff was caused to incur

the following damages:

    A.    Reasonable past medical care and expenses. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the incident complained of herein, and such charges are reasonable and were usual and customary charges for such services in the county where Plaintiff was treated;

    B.    Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

    C.    Physical pain and suffering in the past;

    D.    Physical pain and suffering in the future;

    E.    Mental anguish in the past;

    F.    Mental anguish in the future;

    G.    Impairment in the past;

    H.    Impairment in the future;

    I.    Lost wages;

    J.    Loss of past earning capacity; and

    K.    Loss of future earning capacity.

## VII.
## CONDITIONS PRECEDENT

18. All conditions precedent have been performed or have occurred.

## VIII.
## NOTICE OF INTENT TO USE PRODUCED DOCUMENTS

Plaintiff's Original Petition

19. Pursuant to *Texas Rule of Civil Procedure* 193.7 Plaintiff hereby gives notice of intent to use all documents produced by any party including Defendants in response to written discovery requests propounded in all pretrial proceedings and trial.

## IX.
## JURY DEMAND

20. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## X.
## REQUIRED DISCLOSURES

21. Pursuant to *Texas Rule of Civil Procedure* 194, Plaintiff requests that Defendants disclose, at or within thirty (30) days of Defendants' filing of their first answers, the information or material described in Rule 194.2(b)(1) through (12), of the *Texas Rules of Civil Procedure*.

## XI.
## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that Defendants be cited to appear and answer herein, and that upon a jury trial of the cause, judgment be entered for Plaintiff against Defendants, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the highest legal rate; costs of court; and such other and further relief to which Plaintiff may be entitled at law or in equity.

[SIGNATURE BLOCK ON NEXT PAGE]

Plaintiff's Original Petition

Respectfully submitted,

SANDOVAL | JAMES, PLLC

By: _Austin Carrizales_

Benedict "Ben" James
Texas Bar No.: 24058518
Benedict.James@sj-lawfirm.com
Rob Loar
Texas Bar No.: 24081007
Rob.Loar@sj-lawfirm.com
Austin M. Carrizales
Texas Bar No.: 24077898
Austin.Carrizales@sj-lawfirm.com
4807 Spicewood Springs Road,
Bldg 2, Suite 100
Austin, TX 78759
Tel.: (512) 382-7707
Fax: (512) 382-6646
**Attorneys for Plaintiff**

Plaintiff's Original Petition