1/12/2026 3:14 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-010796
Susan Schmidt

CAUSE NO. D-1-GN-25-010796

| | | |
|---|---|---|
| **MEREDITH FRESQUEZ** | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff*, | § § | |
| v. | § § | 126TH JUDICIAL DISTRICT |
| **AUSTIN CONVENTION ENTERPRISES, INC. AND ENCORE GROUP(USA) LLC** | § § § § § | |
| *Defendants*. | § § | TRAVIS COUNTY, TEXAS |

# DEFENDANTS AUSTIN CONVENTION ENTERPRISES, INC. AND ENCORE GROUP (USA) LLC'S ORIGINAL ANSWER

COMES NOW, Austin Convention Enterprises, Inc. and Encore Group (USA) LLC ("Defendants"), Defendants and files their Original Answer ("Answer") to Plaintiff Meredith Fresquez ("Plaintiff")'s Original Petition ("Petition"), and would respectfully show the Court as follows:

## I.
## GENERAL DENIAL

Pursuant to Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants deny each and every, all and singular, of the material allegations contained in Plaintiff's Petition and any amendment and/or supplement thereto, and demands strict proof of each and every allegation by a preponderance of the evidence, except where the law imposes a higher burden of proof.

## III.
## JURY DEMAND

Defendants hereby demand a jury trial in this matter.

## IV.
## NOTICE PURSUANT TO TEXAS RULE OF CIVIL PROCEDURE 193.7

Pursuant to Rule 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants serves notice on Plaintiff and all other parties that Defendants intend to use Plaintiff's discovery responses and document production, as well as the discovery responses and documents production of all other parties, during any and all pretrial proceedings and in the trial of this suit.

## V.
## PRAYER

Defendants pray that the Plaintiff takes nothing by way of her claims, that Defendants recover its costs and expenses as allowed by law, and for such other and further general relief, at law or in equity, to which the evidence may show Defendants justly entitled.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Michael John Ramirez*
**MICHAEL JOHN RAMIREZ**
State Bar No. 788238
mramirez@grsm.com
**PRESLEY L. PLUMMER**
State Bar No. 24137121
pplummer@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 231-4660 Telephone
(214) 461-4053 Facsimile

**ATTORNEYS FOR DEFENDANTS AUSTIN CONVENTION ENTERPRISES, INC. AND ENCORE GROUP (USA) LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, a copy of the foregoing document was served on all counsel of record via this Court's e-filing system.

*/s/ Michael John Ramriez*
**MICHAEL JOHN RAMIREZ**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109946564
Filing Code Description: Answer/Response
Filing Description: DEFENDANTS AUSTIN CONVENTION ENTERPRISES, INC. AND ENCORE GROUP (USA) LLC'S ORIGINAL ANSWER
Status as of 1/12/2026 3:36 PM CST

Associated Case Party: ENCORE GROUP (USA) LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Michael Ramirez | | mramirez@grsm.com | 1/12/2026 3:14:41 PM | SENT |
| Jaime McDonald | | jmcdonald@grsm.com | 1/12/2026 3:14:41 PM | SENT |
| VLS_ DFWSupport | | VLS_DFWSupport@grsm.com | 1/12/2026 3:14:41 PM | SENT |
| Presley Plummer | | pplummer@grsm.com | 1/12/2026 3:14:41 PM | SENT |
| Lexi Tigert | | ltigert@grsm.com | 1/12/2026 3:14:41 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Dora Hernandez | | dora.hernandez@sj-lawfirm.com | 1/12/2026 3:14:41 PM | SENT |
| Austin Carrizales | | austin.carrizales@sj-lawfirm.com | 1/12/2026 3:14:41 PM | SENT |
| Rachel Alexander | | rachel.alexander@sj-lawfirm.com | 1/12/2026 3:14:41 PM | SENT |
| Ayda Clausen | | ayda.clausen@sj-lawfirm.com | 1/12/2026 3:14:41 PM | SENT |
| Alyssa Arellano | | alyssa.arellano@sj-lawfirm.com | 1/12/2026 3:14:41 PM | SENT |
| Jose Rodriguez | | jose.rodriguez@sj-lawfirm.com | 1/12/2026 3:14:41 PM | SENT |
| Rob Loar | | rob.loar@sj-lawfirm.com | 1/12/2026 3:14:41 PM | SENT |
| Abril Barajas | | abril.barajas@sj-lawfirm.com | 1/12/2026 3:14:41 PM | SENT |
| Adriana Morales Cervera | | adriana.moralescervera@sj-lawfirm.com | 1/12/2026 3:14:41 PM | SENT |