## Case Information

**MEREDITH FRESQUEZ vs. AUSTIN CONVENTION ENTERPRISES, INC.,ENCORE GROUP (USA) LLC**

D-1-GN-25-010796

Location
Travis County - District Clerk

Case Category
Civil - Other Civil

Case Type
Other Injury or Damage

Case Filed Date
12/10/2025

Judge
126TH, DISTRICT COURT

Case Status
Open (Open)

## Parties [3]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | MEREDITH FRESQUEZ | | AUSTIN CARRIZALES |
| Defendant | AUSTIN CONVENTION ENTERPRISES, INC. | | |
| Defendant | ENCORE GROUP (USA) LLC | | |

## Events [4]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 12/10/2025 | Filing | 5050DC | PLAINTIFF'S ORIGINAL PETITION | PLAINTIFF'S ORIGINAL PETITION.pdf |
| 12/11/2025 | Service | Citation | - | - |
| 12/11/2025 | Service | Citation | - | - |
| 1/12/2026 | Filing | 5150DC | DEFENDANTS AUSTIN CONVENTION ENTERPRISES, INC. AND ENCORE GROUP (USA) LLC'S ORIGINAL ANSWER | DEFENDANTS AUSTIN CONVENTION ENTERPRISES, INC. AND ENCORE GROUP (USA) LLC'S ORIGINAL ANSWER.pdf |

© 2026 Tyler Technologies, Inc. | All Rights Reserved
Version: 2025.9.2.1680

EMPOWERED BY TYLER TECHNOLOGIES

Exhibit C